# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

FREDDIE M. EDWARDS,

      Plaintiff,

v.                                     CASE NO.  5:05cv165-RH/WCS

JO ANNE B. BARNHART,

      Defendant.

_____/

## ORDER OF REMAND

This matter is before the court on the magistrate judge's report and recommendation (document 21), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's motion to remand (document 20) is GRANTED.  The clerk shall enter judgment providing, "The Commissioner's decision determining that the claimant is not disabled is REVERSED.  The case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings consistent with the report and recommendation."  The clerk shall close

the file.

SO ORDERED this 5th day of July, 2006.

s/Robert L. Hinkle
Chief United States District Judge